
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN ADMIRALTY  **02-60706**

CASE NO. **02-60706**

**CIV - ROETTGER**

**MAGISTRATE JUDGE SELTZER**

A.P.J. MARINE, INC.,
a Florida corporation,

      Plaintiff,

vs.

M/Y SWEET PEA, her engines,
tackle, apparel, appurtenances,
furniture, Official No: 708184, *in rem* and SWEET PEA MARINE
LTD., a foreign corporation
*in personam*,

      Defendants.

_____/

## COMPLAINT *IN REM* AND *IN PERSONAM*

A.P.J. Marine, Inc., plaintiff, sues defendants M/Y Sweet Pea, its engines, tackle, apparel, etc., *in rem*, and Sweet Pea Marine Ltd., *in personam*, in a cause civil and maritime, and alleges upon information and belief as follows:

1. This is an admiralty and maritime claim within the meaning of 28 U.S.C.A. §1333, and Rule 9(h), Federal Rules of Civil Procedure.

2. At all times material hereto, plaintiff was a corporation organized and existing under the laws of the State of Florida, maintaining its principal place of business in Ft. Lauderdale, Florida, and was engaged in the business of providing boat interior design and remodeling, goods, and other services to vessels.



3. At all times material hereto, M/Y Sweet Pea, Official Number 708184, is or will be during the pendency of process, within the jurisdiction of this Court.

4. Based on information presently available, plaintiff believes that Sweet Pea Marine Ltd. was the owner of M/Y Sweet Pea.

## COUNT 1- *IN REM*

5. Plaintiff reaffirms and realleges the allegations contained in paragraphs 1 through 4 above as fully as if set out herein.

6. Beginning in August or September, 1999 and continuing on a regular basis thereafter until the plaintiff's contracted provision of goods and services were completed, at the request or order of Bobby Stevenson and/or Delaine Stevenson, acting on behalf of themselves and/or Sweet Pea Marine Ltd. upon authorization to act of behalf of Sweet Pea Marine Ltd., plaintiff furnished goods and services to the M/Y Sweet Pea while that vessel was at Ft. Lauderdale, Florida.

7. Defendants have failed to pay in full for the goods and services. There is presently due and owing, the sum of $1,292,348.80, for which demand has been made by plaintiff and which defendants continue to refuse to pay.

8. Plaintiff's provision of the goods and services constitutes a maritime lien on M/Y Sweet Pea.

9. All and singular the matters stated above are true and correct and within the admiralty and maritime jurisdiction of this Court.

WHEREFORE, A.P.J. Marine, Inc. seeks enforcement of its maritime lien and demands judgment against M/Y Sweet Pea, its engines, tackle, apparel, etc., *in rem* for the sum of $1,292,348.80, interest from the date such sum became due and owing, plaintiff's costs and

disbursements herein, and for such other and further relief as may seem just to the Court in the premises.

## COUNT II- *IN PERSONAM*

10. Plaintiff reaffirms and realleges the allegations contained in paragraphs 1 through 4 above as fully as if set out herein.

11. Beginning in August or September, 1999, and on numerous occasions subsequent thereto, Sweet Pea Marine, Ltd. contracted with plaintiff for the furnishing of goods and services for its vessel M/Y Sweet Pea, which were to be provided to the defendant and the vessel at Ft. Lauderdale, Florida..

12. Pursuant to the agreement between plaintiff and *in personam* defendant, plaintiff has furnished goods and services to M/Y Sweet Pea and *in personam* defendant in the total amount of $1,292,348.80, for which demand has been made and no part of which has been paid to date.

13. All the matters aforesaid are true and correct and within the admiralty and maritime jurisdiction of this Court.

WHEREFORE, A.P.J. Marine, Inc., demands judgment against Sweet Pea Marine Ltd., *in personam,* in the sum of $1,292,348.80 with interest thereon from the date such sum became due and owing, plaintiff's costs and disbursements herein, and for such other and further relief as may seem just to the Court in the premises.

_____
John L. Korthals, Esquire
1401 E. Atlantic Boulevard
Pompano Beach, Florida 33060
Tel: (954) 783-2999/Fax: (954) 783-9832
Florida Bar No: 156682

and

Nathaniel G.W. Pieper, FBN: 105512
David F. Pope, FBN: 164452
Lau, Lane, Pieper, Conley & McCreadie, P.A.
Post Office Box 838
Tampa, Florida 33601-0838
Tel: (813) 229-2121
Fax: (813) 228-7710

Attorneys for Plaintiff

## VERIFICATION

STATE OF FLORIDA
COUNTY OF BROWARD

I, Alan Jellis, being first duly sworn upon oath, depose and say:

I am the President of A.P.J. Marine, Inc. plaintiff in the above entitled matter, that I have read the foregoing complaint, know the contents thereof, and believe the same to be true.

_____
ALAN JELLIS

SWORN to and SUBSCRIBED before me this _22_ day of _MAY 2002_

_____
Signature of Notary Public - State of Florida

_JOHN L. KORTHALS_
Printed, Typed, or Stamp Name of Notary Public

My Commission Expires: _6-13-2005_

_✓_ Personally known to me, or

___ Produced identification: _____
                              (Type of Identification)

[Notary Seal: JOHN L. KORTHALS, MY COMMISSION EXPIRES June 13, 2005, #DD 001403, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
A.P.J. MARINE, INC.

02-60706 MAGISTRATE JUDGE
SELTZER

**DEFENDANTS**   CIV - ROETTGER
M/V SWEET PEA, in rem, and
SWEET PEA MARINE, LTD.

(b) County of Residence of First Listed Plaintiff   Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County alien action arise Broward

County of Residence of First Listed   N/A
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John L. Korthals     (954) 783-2999
1401 E. Atlantic. Blvd.
Pompano Beach, FL  33060

Attorneys (If Known)
Allan R. Kelley    (305) 789-9200
Fowler, White, Burnett, P.A.
Bank of America Tower #17th FL
102 SE 2d St., Miami, FL  33131

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:02 CV 60706 NCR/Seltzer

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Maritime lien for goods and services furnished a vessel and its owner pursuant to 46 USCA §§31301(4)(5) and 31341-31343.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** $1,292,348.80
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE  Jordan     DOCKET NUMBER  02-60690

DATE  22 May, 2002
SIGNATURE OF ATTORNEY OF RECORD    John L. Korthals

FOR OFFICE USE ONLY
RECEIPT# 525299

MAY 2 2 2002